IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBBIN SICHER,** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:23-cv-00231-AJS |
| **LVNV FUNDING, LLC,** | : | |
| Defendant. | : | |

## STIPULATION TO TRANSFER TO U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Plaintiff, Robbin Sicher and Defendant LVNV Funding, LLC, by and through their respective undersigned counsel, here by **STIPULATE** and **AGREE** as follows:

1. Plaintiff filed her Complaint on January 6, 2023, in the Court of Common Pleas of Luzerne County, Pennsylvania. ECF 1.

2. Defendant removed Plaintiff's Complaint on February 13, 2023; however, the Complaint was erroneously removed to this Court instead of to the U.S. District Court for the Middle District of Pennsylvania, within which Luzerne County lies.

3. The parties therefore stipulate and agree that this case should be transferred to the U.S. District Court for the Middle District of Pennsylvania.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order approving their Stipulation and transferring this case to the U.S. District Court for the Middle District of Pennsylvania.

| | |
|---|---|
| **FREEMAN LAW** | **MESSER STRICKLER BURNETTE, LTD.** |
| */s/ Brett M. Freeman* | */s/ Lauren M. Burnette* |
| BRETT M. FREEMAN, ESQ. | LAUREN M. BURNETTE, ESQ. |
| 210 Montage Mountain Rd. | 12276 San Jose Blvd. |

Moosic, PA 18507
(570)-589-0010
(570)-456-5955 (fax)
brett@freeman.law
*Counsel for Plaintiff*

Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*