**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBBIN SICHER,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 2:23-cv-00231-AJS |
| **LVNV FUNDING, LLC,** | : |
| **Defendant.** | : |

**ORDER APPROVING STIPULATION**

AND NOW, this ____ day of _____, 2023, upon consideration of the parties' Stipulation to Transfer Case to the United States District Court for the Middle District of Pennsylvania, it is hereby **ORDERED** that the Stipulation is **APPROVED**. The Clerk is instructed to **TRANSFER** this case to the United States District Court for the Middle District of Pennsylvania, and to **CLOSE** this case in this Court upon the completion of such transfer.

BY THE COURT:

_____ J.
Hon. Arthur J. Schwab
Senior United States District Judge